# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>LIVE WELL FINANCIAL, INC.,<br>      Debtor. | Chapter 7<br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br>      Plaintiff,<br>v.<br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, ERIC LEGOFF, and TITLE WORKS OF VIRGINIA, INC., and JOHN DOES 1–10,<br>      Defendants. | Adv. Pro No. 21-50990 (LSS)<br><br>**Re: Docket No. 15** |

## REQUEST FOR ORAL ARGUMENT REGARDING
## STUART H. CANTOR'S MOTION TO DISMISS COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Stuart H. Cantor (the "Defendant") hereby respectfully requests oral argument with respect to Defendant's fully-briefed *Stuart H. Cantor's Motion to Dismiss Complaint* (Docket No. 15).

[*Remainder of page intentionally left blank*]

RLF1 26320914v.1

Dated: November 10, 2021  
Wilmington, Delaware

   /s/ *J. Zachary Noble*
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
J. Zachary Noble (No. 6689)
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
stearn@rlf.com
kandestin@rlf.com
noble@rlf.com

Dion W. Hayes (*pro hac vice*)
Joseph S. Sheerin (*pro hac vice*)
**McGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
dhayes@mcguirewoods.com
jsheerin@mcguirewoods.com

*Counsel to Stuart H. Cantor*