# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>LIVE WELL FINANCIAL, INC.,<br>    Debtor. | Chapter 7<br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, ERIC LEGOFF, and TITLE WORKS OF VIRGINIA, INC., and JOHN DOES 1–10,<br>    Defendants. | Adv. Pro No. 21-50990 (LSS)<br><br>Re: Docket Nos. 1, 15, 16, 27, 28, 31 & 34 |

## NOTICE OF COMPLETION OF BRIEFING REGARDING
## STUART H. CANTOR'S MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE THAT, pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Stuart H. Cantor (the "Defendant") hereby provides notice of the completion of briefing regarding Defendant's *Stuart H. Cantor's Motion to Dismiss Complaint* (Docket No. 15) (the "Motion to Dismiss").

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion to Dismiss, if any, shall be set at the convenience of the Court.

PLEASE TAKE FURTHER NOTICE THAT the Defendant, by and through his undersigned counsel, advises the Court that the following filings are relevant to the Motion to Dismiss and will be delivered to chambers in the Notice of Completion of Briefing Binder:

RLF1 26320898v.1

| Tab | Document Description | Docket No. | Filing Date |
|-----|---------------------|------------|-------------|
| 1 | Complaint | 1 | 6/29/2021 |
| 2 | Stuart H. Cantor's Motion to Dismiss Complaint | 15 | 9/9/2021 |
| 3 | Memorandum in Support of Stuart H. Cantor's Motion to Dismiss Complaint | 16 | 9/9/2021 |
| 4 | Motion of the Chapter 7 Trustee for Leave to Exceed Page Limit Requirements | 27 | 10/11/2021 |
| 5 | Trustee's Omnibus Response in Opposition to Motions to Dismiss of (1) LWFVest LLC, North Hill Ventures II, LP, Five Elms Equity Fund I, LP, Five Elms Haakon, LP, Five Elms Coinvest, LP, James Karides, and Brett Rome and (2) Stuart H. Cantor | 28 | 10/11/2021 |
| 6 | Reply Brief in Support of Stuart H. Cantor's Motion to Dismiss Complaint | 31 | 11/3/2021 |
| 7 | Request for Oral Argument Regarding Stuart H. Cantor's Motion to Dismiss Complaint | 34 | 11/10/2021 |

Dated: November 10, 2021
Wilmington, Delaware

                                                     /s/ *J. Zachary Noble*
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
J. Zachary Noble (No. 6689)
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
stearn@rlf.com
kandestin@rlf.com
noble@rlf.com

Dion W. Hayes (*pro hac vice*)
Joseph S. Sheerin (*pro hac vice*)
**McGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
dhayes@mcguirewoods.com
jsheerin@mcguirewoods.com

*Counsel to Stuart H. Cantor*