## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 7
                                                              :
LIVE WELL FINANCIAL, INC.,                                    :  Case No. 19-11317 (LSS)
                                                              :
    Debtor.                                                   :  (Jointly Administered)
                                                              :
                                                              x  Re: D.I. No. ____
------------------------------------------------------------- :
DAVID W. CARICKHOFF, as Chapter 7 Trustee                     :
of LIVE WELL FINANCIAL, INC.                                  :
                                                              :
    Plaintiff,                                                :
                                                              :
v.                                                            :
                                                              :
STUART H. CANTOR, JAMES P. KARIDES,                           :  Adv. No. 21-50990 (LSS)
BRETT J. ROME, LWFVEST, LLC, NORTH                            :
HILL VENTURES II, LP, FIVE ELMS EQUITY                        :  Re: D.I. No. ____
FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE                    :
ELMS COINVEST, L.P., JAMES BROWN,                             :
GANTCHER FAMILY LIMITED                                       :
PARTNERSHIP, ERIC LEGOFF, and TITLE                           :
WORKS OF VIRGINIA, INC., and                                  :
JOHN DOES 1-10                                                :
                                                              :
    Defendants.                                               :
------------------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Dale K. Cathell of DLA Piper LLP (US), to represent James P. Karides, Brett J. Rome, LWFVEST, LLC, North Hill Ventures II, LP, Five Elms Equity Fund I, L.P., Five Elms Haakon, L.P., and Five Elms Coinvest, L.P. in the above-captioned cases.

EAST\183950245.2

| | |
|---|---|
| Dated: September 23, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ R. Craig Martin*<br>R. Craig Martin (Del. Bar No. 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email:    craig.martin@us.dlapiper.com<br><br>*Counsel to James P. Karides, Brett J. Rome, LWFVEST, LLC, North Hill Ventures II, LP, Five Elms Equity Fund I, L.P., Five Elms Haakon, L.P., and Five Elms Coinvest, L.P.* |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 23, 2022            **DLA PIPER LLP (US)**

/s/ *Dale K. Cathell*
Dale K. Cathell
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Telephone: 410-580-3000
Facsimile: 410-580-3001
Email: dale.cathell@us.dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

Dated: February 10, 2023
**Wilmington, Delaware**

EAST\183950245.2