# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, ERIC LEGOFF, and TITLE WORKS OF VIRGINIA, INC.,<br><br>And<br><br>JOHN DOES 1-10,<br><br>    Defendants. | Adv. Pro. No. 21-50990 (LSS)<br><br>**Re: Docket No. 15** |

## ORDER GRANTING IN PART AND DENYING IN PART STUART H. CANTOR'S MOTION TO DISMISS COMPLAINT [DKT. NO. 15]

For the reasons set forth in my bench ruling of even date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss is **DENIED** as to Count 8.

2. The Motion to Dismiss is **GRANTED** as to Count 2, with respect to all claims that arise prior to June 10, 2016 and as to Counts 3 and 7. The Trustee shall have 60 days to file an amended complaint with respect to these three counts.

Dated: June 14, 2023

*[signature]*
Laurie Selber Silverstein
United States Bankruptcy Judge