# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, *and* ERIC LEGOFF,<br><br>*and*<br><br>JOHN DOES 1–10,<br><br>        Defendants. | Adv. Pro. No. 21-50990-LSS |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, AND ERIC LEGOFF

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, plaintiff David W. Carickhoff, solely in his capacity as the Chapter 7 Trustee of the estate of Live Well Financial, Inc., James Brown, Gantcher Family Limited Partnership, and Eric Legoff (collectively, the "Settling Defendants"), by and through their respective counsel, hereby stipulate to the dismissal of all claims brought against the

1

Settling Defendants in the above-captioned adversary proceeding in their entirety with prejudice, with each party to bear its own costs and attorneys' fees. For the avoidance of doubt, this stipulation does not dismiss any claims or causes of action alleged against any other defendant in this adversary proceeding.

Dated: December 12, 2023                                           Dated: December 12, 2023

*/s/ Stanley B. Tarr*                                                          */s/ William E. Chipman, Jr.*
Stanley B. Tarr (Del. Bar No. 5535)                         William E. Chipman, Jr. (Del. Bar No. 3818)
Blank Rome LLP                                                        Chipman Brown Cicero & Cole, LLP
1201 N. Market Street, Suite 800                            1313 North Market Street, Suite 5400
Wilmington, Delaware 19801                                   Wilmington, Delaware 19801
Tel: 302.425.6479                                                       Tel: 302.295.0191
stanley.tarr@blankrome.com                                  chipman@chipmanbrown.com

-and-                                                                             -and-

Gregory S. Schwegmann (admitted *pro hac vice*)   Adam D. Cole (admitted *pro hac vice*)
Morgan M. Menchaca (admitted *pro hac vice*)       Chipman Brown Cicero & Cole, LLP
Reid Collins & Tsai LLP                                             501 Fifth Avenue, 15th Floor
1301 S. Capital of Texas Hwy, Suite 300                 New Yor, New York 10017
Austin, Texas 78746                                                  Tel: 646.685.8363
Tel: 512.647.6100                                                       cole@chipmanbrown.com
gschwegmann@reidcollins.com
mmenchaca@reidcollins.com                                *Counsel for James Brown, Gantcher Family Limited Partnership, and Eric Legoff*

*Counsel for David W. Carickhoff,*
*The Chapter 7 Trustee*