# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., *et al.*, | Case No. 21-50990 (LSS) |
| Debtors. | (Jointly Administered) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 21-50990 (LSS) |
| STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, and ERIC LEGOFF, | |
| and | |
| JOHN DOES 1–10, | |
| Defendants. | |

**STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT STUART CANTOR TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Local Rule 7012-2, it is hereby stipulated and agreed by and between counsel for Plaintiff David W. Carickhoff, as Chapter 7 Trustee of Live Well Financial, Inc. and counsel for Defendant Stuart Cantor ("Defendant"), that the time period within which Defendant may answer, move or otherwise respond to the Amended Complaint [Dkt. No. 45] in the above-captioned adversary proceeding is hereby extended to and including January 15, 2023. The parties

16454507/1

are engaged in settlement discussions to resolve the adversary proceeding against Defendant without need for further litigation.

Dated: December 15, 2023

| | |
|---|---|
| **BLANK ROME LLP** | **MORRIS JAMES LLP** |
| */s/ Stanley B. Tarr* | */s/ Brya M. Keilson* |
| Michael B. Schaedle, Esq. | Eric J. Monzo (DE Bar No. 5214) |
| Stanley B. Tarr (No. 5535) | Brya M. Keilson (DE Bar No. 4643) |
| 1201 N. Market Street, Suite 800 | Tara C. Pakrouh (DE Bar No. 6192) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| Tel: 302.425.6479 | Wilmington, DE 19801 |
| tarr@blankrome.com | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| -and- | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| REID COLLINS & TSAI LLP | E-mail: tpakrouh@morrisjames.com |
| Eric D. Madden, Esq. | |
| 1601 Elm Street, Suite 4200 | *Counsel to Defendant Stuart Cantor* |
| Dallas, Texas 75201 | |
| Tel: 214-420-8900 | |
| emadden@reidcollins.com | |
| | |
| -and- | |
| | |
| Gregory S. Schwegmann, Esq. | |
| Morgan M. Menchaca, Esq. | |
| REID COLLINS & TSAI LLP | |
| 1301 S. Capital of Texas Hwy, Suite 300 | |
| Austin, Texas 78746 | |
| 512.647.6100 | |
| gschwegmann@reidcollins.com | |
| | |
| *Counsel to the David W. Carickhoff, as* | |
| *Chapter 7 Trustee of Live Well Financial, Inc.* | |