# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERNSHIP and ERIC LEGOFF,<br><br>and<br><br>JOHN DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 21-50990 (LSS)<br><br>Re: Docket No. 54 |

## ORDER DENYING MOTION TO DISMISS

For the reasons set forth in the accompanying Memorandum of even date,

    **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [Docket No. 54] is **DENIED**.

Dated: July 23, 2025

                                                Laurie Selber Silverstein
                                                United States Bankruptcy Judge