**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317-LSS |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, ERIC LEGOFF, and TITLE WORKS OF VIRGINIA, INC.,<br><br>And<br><br>JOHN DOES 1–10,<br><br>Defendants. | Adv. Pro. No. 21-50990-LSS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of September, 2025, counsel served true and correct copies of the following:

- Defendants North Hill Ventures, II LP and Brett Rome's Initial Disclosures
- Defendants LWFVest LLC and James Karides's Initial Disclosures
- Defendants Five Elms Equity Fund I, LP, Five Elms Haakon, LP, and Five Elms Coinvest, LP's Initial Disclosures

On the following counsel via electronic mail:

Stanely B. Tarr, Esq.
Michael B. Schade, Esq.

1

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
stanley.tarr@blankrome.com
mike.schaedle@blankrome.com

Eric D. Madden, Esq.
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4200
Dallas, Texas 75201
emadden@reidcollins.com

Gregory S. Schwegmann, Esq.
Morgan M. Menchaca, Esq.
1301 S. Capital Texas Hwy, Suite 300
Austin, Texas 78746
gschwegmann@reidcollins.com
mmenchaca@reidcollins.com

*Counsel for Plaintiff David W. Carickhoff, in his capacity as Chapter 7 Trustee of Live Well Financial, Inc.*

Brya M. Keilson
Eric J. Monzo
Tara C. Pakrouh
Morris James LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
bkeilson@morrisjames.com
emonzo@morrisjames.com
tpakrouh@morrisjames.com

*Counsel for Defendant Stuart Cantor*

Dated: September 30, 2025

By: */s/ R. Craig Martin*

R. Craig Martin (Delaware Bar No. 5032)
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 778-7913
Email: craig.martin@us.dlapiper.com

Dale K. Cathell (admitted *pro hac vice*)
William W. Reichart III (*pro hac vice* forthcoming)
DLA Piper LLP (US)
650 S. Exter St.
Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email: dale.cathell@us.dlapiper.com
         wes.reichart@us.dlapiper.com

*Attorneys for Defendants James P. Karides, Brett J. Rome, LWFVest LLC, North Hill Ventures II, LP, Five Elms Equity Fund I, LP, Five Elms Haakon, LP, and Five Elms Coinvest, LP*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 30th day of September, 2025, I caused the foregoing document to be filed with the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

               */s/ R. Craig Martin*
               R. Craig Martin