# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>STUART H. CANTOR, JAMES P. KARIDES, BRETT J. ROME, LWFVEST, LLC, NORTH HILL VENTURES II, LP, FIVE ELMS EQUITY FUND I, L.P., FIVE ELMS HAAKON, L.P., FIVE ELMS COINVEST, L.P., JAMES BROWN, GANTCHER FAMILY LIMITED PARTNERSHIP, *and* ERIC LEGOFF,<br><br>*and*<br><br>JOHN DOES 1–10,<br><br>                Defendants. | Adv. Pro. No. 21-50990-LSS |

## NOTICE OF SERVICE FOR TRUSTEE'S INITIAL DISCLOSURES

**PLEASE TAKE NOTICE** that on September 30, 2025, the undersigned caused copies of **TRUSTEE'S INITIAL DISCLOSURES** pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy Procedure to be served via email upon the parties listed hereto:

Eric J. Monzo
Brya M. Keilson
Tara C. Pakrouh
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

E-mail: tpakrouh@morrisjames.com

*Counsel to Defendant Stuart Cantor*

R. Craig Martin
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Email: craig.martin@us.dlapiper.com

-and-

Dale K. Cathell
William W. Reichart III
DLA PIPER LLP (US)
650 South Exeter Street
Suite 1100
Baltimore, MD 21202
Email: dale.cathell@us.dlapiper.com
Email: wes.reichart@us.dlapiper.com

*Counsel to Defendants James Karides, Brett Rome, LWFVest LLC, North Hill Ventures II, LP, Five Elms Equity Fund I, LP, Five Elms Haakon, LP and Five Elms Coinvest, LP.*

| | |
|---|---|
| Dated: October 1, 2025 | BLANK ROME LLP |

/s/ Lawrence R. Thomas III
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel: 302.425.6400
stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

- and-

BLANK ROME LLP
Michael B. Schaedle (*admitted pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: 215.569.5500
mike.schaedle@blankrome.com

- and-

REID COLLINS & TSAI LLP

Gregory S. Schwegmann (*admitted pro hac vice*)
Morgan M. Menchaca (*admitted pro hac vice*)
1301 S. Capital of Texas Hwy, Suite 300
Austin, Texas 78746
512.647.6100
gschwegmann@reidcollins.com
mmenchaca@reidcollins.com

*Attorneys for David W. Carickhoff, as Chapter 7 Trustee of Live Well Financial, Inc.*